United States District Court
Southern District of Texas
**ENTERED**
September 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHNATHON A DAVIS,<br><br>Plaintiff,<br>VS.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; aka XFINITY/NBC UNIVERSAL; dba COMCAST CC OF WILLOW GROVE TX,<br><br>Defendants. | CIVIL ACTION NO. 4:15-CV-2580 |

## ORDER

Plaintiff Johnathon Davis and Defendant Comcast Cable Communications Management, LLC have filed an Agreed Motion to Dismiss with Prejudice. (Doc. No. 30.) It is hereby **GRANTED**. Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 11th day of September, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE